```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09687
   FAITH B JORDAN
   DAVID JORDAN                             CHAPTER 13

                                            JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-8702    SSN XXX-XX-5517

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/30/07 .

     2.  The case was dismissed without confirmation, 08/31/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SPECIALIZED LOAN SERVICI  CURRENT MORTG         .00           .00            .00
SPECIALIZED LOAN SERVICI  MORTGAGE ARRE  NOT FILED            .00            .00
LOAN LINK FINANCIAL       SECURED               .00           .00            .00
LOAN LINK FINANCIAL       MORTGAGE ARRE  NOT FILED            .00            .00
EARTH MOVERS C U          SECURED VEHIC         .00           .00            .00
US BANK                   SECURED VEHIC         .00           .00            .00
GERALD HINSHAW            UNSECURED      NOT FILED            .00            .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00         .00          .00
PRINCIPAL PAID        .00         .00          .00         .00          .00
INTEREST PAID         .00         .00          .00         .00          .00
TOTAL PAID            .00         .00          .00         .00          .00
The Debtor's attorney, JON DOWAT                  , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/16/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 09687 FAITH B JORDAN & DAVID JORDAN
```